**Walter GEYER, Appellant, v. STATE of Texas and County of Bexar, Appellee.**

No. 10290.

Court of Civil Appeals of Texas. San Antonio.

April 13, 1938.

Rehearing Denied Aug. 3, 1938.

T. W. Anderson and Hill & Uhl, all of San Antonio, for appellant.

John R. Shook, L. J. Gittinger, and John A. James, all of San Antonio, for appellee.

PER CURIAM.

Affirmed without written opinion. See Associated Indemnity Corporation v. Gatling, Tex.Civ.App., 75 S.W.2d 294.

**WADE & WADE, Appellants, v. SOVEREIGN CAMP OF THE WOODMEN OF THE WORLD, Appellee.**

No. 10332.

Court of Civil Appeals of Texas. San Antonio.

June 22, 1938.

Aldridge George, of Beeville, for appellants.

Keys & Holt and Hayden W. Head, all of Corpus Christi, for appellee.

MURRAY, Justice.

Affirmed without written opinion. See Associated Indemnity Corporation et al. v. Gatling, Tex.Civ.App., 75 S.W.2d 294.

SMITH, C. J., being disqualified, did not participate in the decision of this case.